437 A.2d 940

**COMMONWEALTH of Pennsylvania**

v.

**Hughie KEARNEY, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 28, 1981.

Decided Dec. 17, 1981.

John W. Packel, Chief, Appeals Div., Asst. Public Defender, Jeffrey Shender, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Ann Lebowitz, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.